EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| In re:<br><br><br><br><br>David V. Barbosa Alameda | 2012 TSPR 15<br><br><br>184 DPR ____ |

Número del Caso: TS-8943


Fecha: 25 de enero de 2012



Abogado de la parte Peticionaria:


Por derecho propio


Materia: Reinstalación al Ejercicio de la Notaría




Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| In re:<br><br>DAVID V. BARBOSA ALAMEDA | **Núm.: <u>TS-8943</u>** | *Reinstalación* |

**RESOLUCIÓN**

En San Juan, Puerto Rico, a 25 de enero de 2012.

Atendida la "Moción Solicitando la Reinstalación a la Práctica de la Notaría" presentada el 23 de enero de 2012, se reinstala al Lcdo. David V. Barbosa Alameda a la práctica de la notaría.

Publíquese.

Lo acordó el Tribunal y lo certifica la Secretaria del Tribunal Supremo.

Aida Ileana Oquendo Graulau
Secretaria del Tribunal Supremo